# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

YOLANDA PERRY,

        Plaintiff,                       Civil Action No. 10-CV-00456-DGK

v.

FOUCS RECEIVABLES MANAGEMENT, LLC,

        Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff by and through his attorney J. Mark Meinhardt and for her Notice of Settlement, hereby states as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will file a Stipulation of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the settlement documents have been executed by the parties and delivered to all counsel and the Plaintiff has received the settlement funds. The parties expect this to happen within the next two weeks.

Dated: July 20, 2010.

  s/ J. Mark Meinhardt
J. Mark Meinhardt, Esq.
4707 College Blvd., Suite 100
Leawood, KS 66211
(913) 451-9797
Attorney for the Plaintiff