IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

YOLANDA PERRY,                                      Civil File No. 10-CV-00456-DGK

        Plaintiff,

vs.                                                  **STIPULATION OF DISMISSAL**
                                                                   **WITH PREJUDICE**

FOCUS RECEIVABLES MANAGEMENT, LLC,

        Defendant.

        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff Yolanda Perry, and the defendant, Focus Receivables Management, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

                                                                   Respectfully submitted,

Dated: July 27, 2010                By  s/J. Mark Meinhardt
                                                       J. Mark Meinhardt, #53501
                                                       4707 College Boulevard, Suite 100
                                                       Leawood, KS 66211
                                                       (913) 451-9797
                                                       (913) 451-6163 (fax)
                                                       ATTORNEY FOR PLAINTIFF

Dated: July 28, 2010                By  s/Robert A. Hammeke
                                                       Robert A. Hammeke, #51540
                                                       Husch Blackwell Sanders LLP
                                                       4801 Main Streeet, Suite 1000
                                                       Kansas City, MO 64112
                                                       (816) 983-8000
                                                       (816) 983-8080 (fax)
                                                       ATTORNEY FOR DEFENDANT