IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| YOLANDA PERRY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 10-00456-CV-W-DGK ) |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | ) ) |
| Defendant. | ) |

ORDER OF DISMISSAL

Having considered the Stipulation of Dismissal with Prejudice (Doc. 11), it is hereby

ORDERED that the above-referenced case is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

       /s/ Greg Kays
       GREG KAYS, JUDGE
       UNITED STATES DISTRICT COURT

Date: July 30, 2010